IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Civil Action No. 0:23-cv-60086-RKA

**KASEY LAFRANCE,**

        Plaintiff,

v.

**MICHAEL'S AUTO SALES, CORP.** and
**CAPITAL ONE, NATIONAL ASSOCIATION**

        Defendants.

### DEFENDANTS MICHAEL'S AUTO SALES, CORP. AND CAPITAL ONE, NATIONAL ASSOCIATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Michael's Auto Sales, Corp. and Capital One, National Association (collectively "Defendants") move the Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time up to and including March 17, 2023 to serve answers, pleadings, or motions in response to Plaintiff's Complaint in Civil Action No. 0:23cv60086, and in support thereof respectfully show the following:

1. On January 18, 2023, Plaintiff filed its Certificate of Interested Parties and Corporate Disclosures and its Complaint for Damages and Incidental Relief.

2. Defendants received service of the aforementioned filings by Plaintiff on January 25, 2023, making their response due on February 15, 2023.

3. Good cause exists for this extension because on February 8, 2023, Troutman Pepper (the undersigned counsel's law firm) experienced a firm-wide network outage, which prevented access to both the firm's document management and email systems through February 13, when those systems were restored. During this time, undersigned counsel was unable to access documents necessary for preparing its response to Plaintiff's Complaint.

4. Undersigned counsel hereby certifies that counsel for Defendants has conferred with Plaintiff's counsel, who consents to the relief requested in this Motion.

5. The time originally prescribed for filing and service of such pleadings or motions has not expired.

6. Defendants have not previously been granted an extension of time to answer or plead.

WHEREFORE, Defendants respectfully pray the Court to issue an order extending the time for service of answers, pleadings, or motions in response to Plaintiff's Complaint in the present case for an additional thirty (30) days, up to and including **March 17, 2023**. A proposed order is attached as **Exhibit A** hereto for the Court's consideration.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

Counsel for Defendants certify that they have consulted with Plaintiff's counsel and Plaintiff's counsel consents to the relief sought in this motion.

This the 15th day of February, 2023.

Respectfully submitted,

**Michael's Auto Sales, Corp. and Capital One, National Association**
By: */s/ Gillian D. Williston*
Gillian D. Williston (Florida Bar No: 14270)
TROUTMAN PEPPER HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:   757-687-7500
Facsimile:    757-687-7510
Email:  gillian.williston@troutman.com
Secondary Email:
fslecfintake@troutman.com
*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023 this document was electronically filed with the Clerk of Court using the CM/ECF electronic filing system, and sent via first class mail on February 16, 2023 to the following:

Joshua E. Feygin, ESQ.
SUE YOUR DEALER –
A LAW FIRM
1930 Harrison Street
208F
Hollywood, FL 33020
Josh@JFeyginesq.com
*Counsel for Plaintiff*

Darren R. Newhart, ESQ.
NEWHART LEGAL, P.A.
P.O. Box 1351
Loxahatchee, FL 33470
Darren@newhartlegal.com
*Counsel for Plaintiff*

/s/ Gillian D. Williston
Gillian D. Williston